IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
01 APR -3 AM 9:47
DISTRICT COURT
N.D. OF ALABAMA

ENTERED
APR 3 2001

| | |
|---|---|
| NOBLE & PITTS, INC., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 98-G-3137-S |
| HIGHWAYMASTER CORPORATION; MARK SPICER, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The case at bar has come before the court on several motions. Through the passage of time the motion to continue defendant's motion for summary judgment has become moot. Parties have briefed the motion and the court has considered the arguments presented. In open court the parties agreed that the motion was moot.

The court is allowing the McMahon affidavit. Plaintiff failed to particularize its objections to the affidavit--sound basis for overruling the motion. Despite the failure to particularize the objection and specify what portion was objectionable, the court will not base any ruling on inadmissible hearsay.

38

Furthermore, Mr. McMahon's credentials show that he is knowledgeable about an arcane subject. From July 1985 to April 1989 he was chief counsel of the Federal Highway Administration. He is immediate past president of the Transportation Law Section of the Federal Bar Association. Mr. McMahon has served five years as chairman of the Transportation Law Committee of the Transportation Research Board, a unit of the National Academy of Sciences. The court is of the opinion that his credentials qualify him to render an opinion in the case at bar. Rendering an opinion in the arcane subject of transportation law is analogous with the permissible practice of accepting expert opinion in admiralty cases or those involving patent law-- exceptions which allow an expert to tell the court the law.

The court is withholding ruling on the motion to strike the affidavit of Mr. Pitts until such time as it rules on the motion for summary judgment. Parties have, however, been put on notice that if the affidavit changes deposition testimony it will not be allowed.

All parties are entitled to have the proper named party in the suit. Accordingly, the motion of defendant to substitute the name @Track Communications, Inc. for HighwayMaster is granted.

An order consistent with this opinion is being entered contemporaneously herewith.

DONE and ORDERED this 2nd day of April 2001.

```
                    _____
                    UNITED STATES DISTRICT JUDGE
                    J. FOY GUIN, JR.
```